AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>Doris Gissela Aleman-Bonilla<br><br>**Defendant(s)** | Case No.  5:25-MJ-98 (MJK) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date(s) of April 1, 2025 in the county of Oswego in the Northern District of New York the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8, U.S.C., Section 1326. | Re-Entry of Deported Alien. |

This criminal complaint is based on these facts:

☒   Continued on the attached sheet.

*Complainant's signature*

Randy Aponte, U.S. Border Patrol Agent
*Printed name and title*

Attested to by the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date: April 2, 2025

*Judge's signature*

City and State: Syracuse, NY

Hon. Mitchell J. Katz, U.S. Magistrate Judge
*Printed name and title*

1. On April 1, 2025, at approximately 6:58 a.m., local law enforcement observed a 2014 Honda Pilot bearing Indiana license plate 533DFQ with multiple individuals in it. The Honda Pilot appeared to be travelling over the speed limit and appeared to have an invalid registration. As a result, law enforcement performed a vehicle and traffic stop on the Honda Pilot.

2. Upon approaching the Honda Pilot, law enforcement observed the driver, Doris Gissela ALEMAN-Bonilla. ALEMAN-Bonilla was unable to produce identification and admitted that she was present in the United States illegally. Law enforcement placed ALEMAN-Bonilla and her passengers under arrest and transported them back to the Oswego Border Patrol Station for further processing.

3. At the Oswego Station, records checks revealed that ALEMAN-Bonilla was a Honduran citizen with no legal right to be in the United States. ALEMAN-Bonilla was previously ordered deported by immigration officials on April 25, 2014. ALEMAN-Bonilla was deported via an ICE Charter Flight from San Antonio, Texas to Honduras on or about May 8, 2014.

4. ALEMAN-Bonilla has never applied for or received permission from the Attorney General or the Secretary of the Department of Homeland Security to reenter the United States since her removal on May 8, 2014.