U.S. DISTRICT COURT – N.D. OF N.Y.
**FILED**
Apr 10 - 2025
John M. Domurad, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No.   5:25-CR-156 (ECC) |
| | ) | |
| v. | ) | **Indictment** |
| | ) | |
| **DORIS ALEMAN-BONILLA,** | ) | Violation    8 U.S.C. § 1326(a) |
| | ) | Illegal Reentry |
| | ) | |
| | ) | 1 Count |
| | ) | |
| **Defendant.** | ) | County of Offense:   Oswego |

## THE GRAND JURY CHARGES:

### COUNT 1
### [Illegal Reentry]

On or about April 1, 2025, in Oswego County in the Northern District of New York, the defendant, **DORIS ALEMAN-BONILLA,** an alien, and a native and citizen of Honduras, who had been removed from the United States, was thereafter found in the United States near Fulton, New York, without having obtained the express consent of the Attorney General, or her successor, the Secretary of the Department of Homeland Security, to reapply for admission, in violation of Title 8, United States Code, Section 1326(a).

Dated:   April 10, 2025

A TRUE BILL,

_____
Grand Jury Foreperson

** Grand Jury Foreperson Name Redacted **

JOHN A. SARCONE III
United States Attorney

By: _____
Jessica N. Carbone
Assistant United States Attorney
Bar Roll No. 703490